STATE OF CONNECTICUT *v.* JOHN D. HEYWARD

The motion by the state to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Otto J. Saur,* state's attorney, for the appellee (state).

*Herbert J. Bundock,* public defender, for the appellant (defendant).

Argued May 5—decided May 5, 1964

IN RE APPLICATION OF GEORGE KOENIG

The motion by the respondent to strike out the appendix to the petitioner's brief in the appeal from the Superior Court in Fairfield County is denied.

*Joseph G. Shapiro,* in support of the motion.

*Louis Feinmark,* in opposition.

Submitted April 25—decided May 5, 1964

ROBERT SAUNDERS *v.* WARDEN, STATE PRISON
(136960)

The petition by Robert Saunders for a writ of error from the judgment of the Superior Court in Hartford County is denied.